EXHIBIT-A

# County Civil

**Case Number**

**Court**

All

**Status**

-All

**File Date (From)**

MM/DD/YYYY 📅

**File Date (To)**

MM/DD/YYYY 📅

[SEARCH]  [CLEAR]

---

◉ Party  ○ Attorney  ○ Company

**Last Name**

simpson

**First Name**

Ernesto

**Bar Card Number**

**File Date (From)**

MM/DD/YYYY 📅

**File Date (To)**

MM/DD/YYYY 📅

[SEARCH]  [CLEAR]

3 Record(s) Found.

| Case | File Date | Type Desc | Subtype | Style | Status | Judge | Court | View All |
|---|---|---|---|---|---|---|---|---|
| 1249845 | 04/25/2025 | OTHER CIVIL CASE | | ERNESTO SIMPSON VS PCF PROPERTIES IN TEXAS LLC | Closed | JIM KOVACH | 2 | Parties  Court Settings |

| Role | Party | | Attorney |
|---|---|---|---|

| | | |
|---|---|---|
| Mediator | Dispute Resolution Center<br>Dispute Resolution Center<br>Harris County Annex 21<br>49 San Jacinto, Suite 220<br>Houston TX 77002 | |
| Plaintiff | Ernesto Simpson<br>8202 TERRA VALLEY LANE<br>TOMBALL TX 77375 | ANDERSEN, JAMES M.<br>James M Andersen Attorney at Law<br>P.O. Box 01165850<br>Webster TX 77598-8554<br>Phone 281-488-2800<br>Fax 281-488-4851 |
| Defendant | PCF PROPERTIES IN TEXAS LLC<br>1942 Broadway St. STE 314C<br>Boulder CO 80302 | Spires, Alzadia<br>17515 Spring Cypress Rd #C620<br>Cypress TX 77429<br>Phone 832-418-9171 |