EXHIBIT-B

# Case # 1249845 - Ernesto Simpson vs PCF PROPERTIES IN TEXAS LLC (K...

## Case Information

**Location**
Harris County - County Civil Court at Law No. 2

**Case Initiation Date**
4/25/2025

**Assigned to Judge**
Kovach, Jim F.

**Category**
Civil - Other Civil

**Case #**
1249845

**Case Type**
Other Civil

Need Help?

## Party Information

| Party Type | Party Name | Lead Attorney | |
|---|---|---|---|
| Plaintiff | Ernesto Simpson | JAMES ANDERSEN | Need Help? |
| Defendant | PCF PROPERTIES IN TE… | Alzadia Spires | |
| Mediator | Dispute Resolution Center | | |

Add Another Party

## Filings

### Enter the details for this filing

**Filing Type**

EFileAndServe

**Filing Code**    Need Help?

**Filing Description**

**Client Reference Number**

Firm client re-bill or case tracking #

**Comments to Court**

**Courtesy Copies**

? **Support**

Fees

**Payment Account**

Click to select Payment Account

**View Unavailable Payment Accounts**

**Party Responsible for Fees**

Click to select Party Responsible for Fees

**Filing Attorney**

Click to select Filing Attorney

**Filer Type**

Click to select Filer Type

© 2025 Tyler Technologies
Version: 2024.6.2.11418