IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ELIZABETH THOMAS | Case No. 25-11431 (Chapter 13) |
| *Debtor* | (**Pending in the United States Bankruptcy Court for the Southern District of New York, New York Division**) |
| _____ | |
| **ERNESTO SIMPSON** | Adv. Pro. No. 25-03586 |
| V. | |
| **PCF PROPERTIES IN TEXAS LLC** | |
| _____ | |

## ORDER

Before the Court is Plaintiff Ernesto Simpson Motion to Strike [Doc. 4] Non-Party P.C.F. PROPERTIES IN T, LLC, Motion for Remand [Doc. 3], pursuant to pursuant to 28 U.S.C. § 1447(c) as the Federal case law in the Fifth Circuit (which includes Texas) which prohibits non-parties from seeking a remand order in federal court. Accordingly, having considered the Motion and good cause appearing, it's of the court's opinion that the Motion should be Granted. IT IS HEREBY ORDERED, that Non-Party P.C.F. PROPERTIES IN T, LLC, Motion for Remand [Doc. 3], is hereby stricken from the courts record.

Signed this _____ day of August 2025.

_____
Hon.
United States Bankruptcy Judge